IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENN JONES                                                                                          PLAINTIFF

V.                                   3:08-cv-00189-WRW-JJV

DICK BUSBY, Sheriff, Crittenden County; MANDY
CHILDRESS, Nurse, Crittenden County Detention
Facility; and LINDSEY PETERSON, Nurse, Crittenden
County Detention Facility                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.  This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and any pending Motions are DENIED AS MOOT; and

2.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 9th day of October, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE