# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

GLENN JONES                                                                                                    PLAINTIFF

V.                                          3:08-cv-00189 WRW-JJV

DICK BUSBY, Sheriff, Crittenden County; MANDY
CHILDRESS, Nurse, Crittenden County Detention
Facility; and LINDSEY PETERSON, Nurse, Crittenden
County Detention Facility                                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 9th day of October, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE